UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    E-filing

Plaintiff,

v.

Mario Churape,

Defendant(s).

SUMMONS IN A CIVIL ACTION

Case Number: **CV 12 4491 SLM**

TO: (Name and Address of Defendant)

Mario Churape
925 S. Delaware St.
San Mateo, CA 94402

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501
(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK

BY DEPUTY CLERK
GLORIA ACEVEDO

DATE: 8-28-12